IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOSEPH MICHAEL MOONEY also known as "bjmjbm",<br><br>    Defendant. | CRIMINAL FILE NO.<br>1:07-CR-60-TWT |

**ORDER**

This is a criminal case. It is before the Court on the Report and Recommendation [Doc. 252] of the Magistrate Judge recommending dismissing the Defendant's Motion to Vacate Sentence [Doc. 250]. The Court of Appeals has denied the Defendant's request to file a successive Motion to Vacate Sentence. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence [Doc. 250] is DENIED. The Motion to Withdraw [Doc. 254] is DENIED as moot.

SO ORDERED, this 11 day of April, 2019.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge