IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>JOSEPH MICHAEL MOONEY, a/k/a bjmjbm,<br><br>　　Defendant. | CRIMINAL ACTION FILE<br>NO. 1:07-CR-00060-TWT-JSA-1 |

### ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 294] of the Magistrate Judge recommending denying the Defendant's Motion to Vacate Sentence [Doc. 291] as a second or successive Motion to Vacate Sentence under 28 U. S. C. § 2255 for the Defendant's failure to obtain permission from the Court of Appeals to file the motion. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence [Doc. 291] is DISMISSED for lack of subject matter jurisdiction.

SO ORDERED, this  28th  day of February, 2025.

　　　　　　　　　　　　　　　　　　　　THOMAS W. THRASH, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge